UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Richard Grinstead,

    Plaintiff,

v.                                                 Civil Action 2:14–cv–1179

Commissioner of Social Security,        Judge Michael H. Watson

    Defendant.

## ORDER

On April 13, 2015, Magistrate Judge King, to whom this case was referred pursuant to 28 U.S.C. § 636(b)(1)(B) and General Order No. 14-01, filed a Report and Recommendation ("R&R"), ECF No. 21, concerning the disposition of Richard Grinstead's ("Plaintiff") Complaint, ECF No. 1, in this social security case. The R&R recommended reversing the decision of the Social Security Administration and remanding the case to the Commissioner and the Administrative Law Judge ("ALJ") for further consideration of Plaintiff's medical record. R&R 9, ECF No. 21.

Judge King notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). *Id.* at 10. Judge King specifically advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of the right to *de novo*

review by the District Judge. *Id.* at 10–11. The deadline for filing such objections has passed, and no objections were filed.

Having received no objections, the R&R, ECF No. 21, is **ADOPTED**. The decision of the Commissioner of Social Security is **REVERSED**, and this matter is **REMANDED** to the Commissioner and the ALJ pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further consideration of Plaintiff's medical record.

The Clerk shall terminate the case.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**